AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of North Dakota

United States of America
v.
HOUSTON JAMES KIRKALDIE

Case No. 4:14-mj-19

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 1, 2014__ in the county of __Mountrail__ in the _____ District of __North Dakota__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 113(a)(7) and 1153 | Houston James Kirkaldie, an Indian, assaulted an intimate and dating partner, namely S.W., which assault resulted in substantial bodily injury to S.W., and the offense conduct occurred in Indian country, that is, within the exterior boundaries of the Fort Berthold Indian Reservation |

This criminal complaint is based on these facts:
See Attached Affidavit of BIA SA Michael J. White

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael J. White, BIA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence by telephonic conference.

Date: 02/10/2014

_____
*Judge's signature*

City and state: Bismarck, North Dakota (via telephone)

Charles S. Miller, Jr., U.S. Magistrate Judge
*Printed name and title*